# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DONNA McLACHLAN,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>COMMISSIONER OF THE SOCIAL  )<br>SECURITY ADMINISTRATION,  )<br>    Defendant.  ) | Civil Action No.<br>3:04-CV-2580-K |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 22nd day of September, 2005.

/s/ Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE